UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHA INDUSTRIES, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> ALPHA CLOTHING CO. LLC and RYAN TANNER MUELLER, <br><br> Defendants. | 21 Civ. 00087 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

In light of the responsive briefing scheduled on Defendants' pending motion to transfer the venue of this action (*see* Dkt. #20, 27), the initial pretrial conference scheduled for April 1, 2021, is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:   March 15, 2021
         New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge