UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALPHA INDUSTRIES, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALPHA CLOTHING CO. LLC and )<br>RYAN "TANNER" MUELLER, )<br>Individually )<br>)<br>Defendants. )<br>) | Case No. 2:21-cv-02302-KHV-GEB |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS FOR AN ADDITIONAL THIRTY DAYS**

On September 9, 2021, Plaintiff Alpha Industries, Inc. ("Plaintiff") and Defendants Alpha Clothing Co., LLC ("Alpha Clothing") and Ryan Mueller ("Mueller") (collectively "Defendants"), filed their Joint Motion to Stay Proceedings for an Additional Thirty Days (the "Joint Motion"). (**ECF No. 55**.)  The Joint Motion seeks a stay of all proceedings in this action for an additional thirty (30) days, so that the parties can continue settlement discussions while avoiding the cost of litigation and unnecessarily wasting resources.

1. Good cause having been shown, it is hereby ordered that all proceedings in this action, including, but not limited to, a Rule 26 status conference and the Defendants' current answer deadline, are stayed for 30 days, from September 11, 2021 to October 11, 2021.

IT IS SO ORDERED.

Dated this 9th day of September, 2021, at Wichita, Kansas.

                                                     s/ Gwynne E. Birzer
                                                     Honorable Gwynne E. Birzer
                                                     U. S. Magistrate Judge